JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOBILE ILLUMINATION, INC., <br><br> Plaintiff, <br><br> v. <br><br> BRIGHT STAR, INC., ANTHONY FERRIS, an individual, ANTHONY FERRIS D/B/A THE CHRISTMAS GUYS, ANTHONY FERRIS D/B/A HOLIDAY LIGHTING SERVICES, and DOES 1-10, <br><br> Defendants. | CV 15-5489 PA (RAOx) <br><br> JUDGMENT AND PERMANENT INJUNCTION |

Pursuant to this Court's June 17, 2016 Minute Order granting the Motion for Default Judgment filed by plaintiff Mobile Illumination, Inc. ("Plaintiff") against defendants Bright Star, Inc., Anthony Ferris, an individual, Anthony Ferris D/B/A The Christmas Guys, and Anthony Ferris D/B/A Holiday Lighting Services (collectively "Defendants"), it is hereby ORDERED, ADJUDGED, AND DECREED:

    1.    Defendants shall pay Plaintiff damages in the amount of $70,000;

    2.    Defendants shall pay Plaintiff's attorneys' fees in the amount of $24,464.25;

    3.    Plaintiff shall recover its costs of suit in the amount of $1,621.35; and

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Defendants and their successors and assigns, agents, officers, servants, employees, attorneys, and all persons acting in concert or participation with Defendants are permanently restrained, enjoined, and

1 prohibited from (1) using and/or (2) removing copyright management information from
2 Plaintiff's copyrighted works, including but not limited to the photographs attached as
3 Exhibits B-H to the First Amended Complaint.
4     IT IS SO ORDERED.

DATED: August 16, 2016

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE

-2-